In the Matter of the Probate of the Will of ANTHONY. HERMANOWSKI, Deceased.

BOLESLAUS HERMANOWSKI et al., Appellants; VINCENTA GODLEWSKI, Respondent.

Submitted February 20, 1939; decided February 28, 1939.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 727.)

CLARENCE E. TOWNLEY, Appellant, against HENRY E. BRUCKMAN et al., Constituting the STATE LIQUOR AUTHORITY, et al., Respondents.

Submitted February 20, 1939; decided February 28, 1939.

*Francis V. McHugh* for motion.
*Nicholas G. Powers* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.